## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Stephen Edward Broyles
Glusman, Broyles & Glusman
P. O. Box 2711
Baton Rouge LA 70821

**REHEARING ACTION: June 25, 2014**

**Docket Number: 13   01390-WCA**

**BRETT OWEN BOURQUE**
**VERSUS**
**TRANSIT MIX CONCRETE & MATERIALS CO., ET AL.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 12-06201**

<u>**BEFORE JUDGES**</u>:

    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Transit Mix Concrete & Materials Co** has this day been

    **DENIED.**

cc: Karl W. Bengtson, Counsel for the Appellant